# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>MALLINCKRODT PLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Bankruptcy Case No. 20-12522 (JTD)<br><br>(Jointly Administered)<br><br>District Court Case No. 1:21-cv-00687-LPS |

## AGREEMENT TO DISMISS APPEAL PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023

Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, the undersigned parties hereby agree and stipulate to the voluntary dismissal of the above-captioned appeal with prejudice. All costs and fees due have been paid to the District Court for the District of Delaware.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt.

1

Dated: May 25, 2021    **CIARDI CIARDI & ASTIN**

*/s/ Daniel K. Astin*
Daniel K. Astin (No. 4068)
1204 North King Street
Wilmington, DE 19801
Telephone: (302) 384-9541
Facsimile: (302) 658-1300
dastin@ciardilaw.com

-and-

Albert A. Ciardi, III, Esquire
Walter W. Gouldsbury III, Esquire
CIARDI CIARDI & ASTIN
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 557-3550
Facsimile: (215) 557-3551
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

-and-

Donald E. Haviland, Jr., Esquire
HAVILAND HUGHES
201 S. Maple Ave., Suite 110
Ambler, PA 19002
Telephone: (215) 609-4661
Facsimile: (215) 392-4400
haviland@havilandhughes.com

Dion G. Rassias, Esq. (No. 2829)
*dgr@beasleyfirm.com*
Jillian E. Johnston, Esq.
*Jill.johnston@beasleyfirm.com*
THE BEASLEY FIRM, LLC
1125 Walnut Street
Philadelphia, PA 19107

T: 215-592-1000

-and-

James Bartimus, Esq.
jb@bflawfirm.com
Anthony DeWitt, Esq.
ALDewitt@bflawfirm.com
**BARTIMUS, FRICKLETON, ROBERTSON, RADAR PC**
11150 Overbrook Road, Suite 200
Leawood, Kansas 66211
T: 913-266-2300
F: 913-266-2366

-and-

Peter J. Flowers, Esq.
*pjf@meyers-flowers.com*
Jonathan P. Mincieli, Esq.
*jpm@meyers-flowers.com*
**MEYERS & FLOWERS, LLC**
3 North Second Street, Suite 300
St. Charles, Illinois 60174
T: 630-232-6333
F: 630-845-8982

*Counsel for Appellants*

-and-

*/s/ Michael J. Merchant*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
One Rodney Square

>920 N. King Street
>Wilmington, DE 19801
>Telephone: (302) 651-7700
>Facsimile: (302) 651-7701
>Email: collins@rlf.com
> merchant@rlf.com
> steele@rlf.com
> schlauch@rlf.com
>
>*Counsel for Appellees*